JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Patrice Scott, et al, | ) | SACV 19-00697JVS(DFMx) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL UPON |
| | ) | |
| v. | ) | SETTLEMENT OF CASE |
| | ) | |
| Kimbal, Tirey & St John LLP, et al, | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED: 6/27/19

_____

James V. Selna
United States District Judge