# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICE SCOTT, On Behalf of Herself and All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>KIMBALL, TIREY & ST. JOHN, LLP; And Does 1-10, Inclusive,<br><br>　　　　　　　　Defendants. | Case No.: 8:19-cv-00697-JVS-DFM<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS PURSUANT TO SETTLEMENT** |

　　The Court having considered the parties stipulation and for good cause appearing, hereby rules as follows:

　　The parties stipulation is GRANTED.

　　This action is hereby dismissed in its entirety with prejudice as to Plaintiff PATRICE SCOTT. The dismissal is without prejudice as to the class-action allegations and to other members of the putative alleged class. Each party to bear its own costs and fees.

Dated: July 12, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　The Hon. JAMES V. SELNA
　　　　　　　　　　　　　　　　　　　United States District Judge